**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7932

MICHAEL COREY FLUKER,

             Plaintiff - Appellant,

      v.

J. D. OWENS, of the South Carolina Highway Patrol,

             Defendant – Appellee,

      and

LESLIE SIMMONS; OCONEE COUNTY SOLICITORS OFFICE; EDWARD
DELANE ROSEMOND,

             Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry F. Floyd, District Judge.
(9:08-cv-03704-HFF)

Submitted:  January 14, 2010       Decided:  January 22, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Corey Fluker, Appellant Pro Se.  James Victor McDade,
DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Corey Fluker appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fluker v. Owens, No. 9:08-cv-03704-HFF (D.S.C. Dec. 11, 2008 & Sept. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED